Elise R. Sanguinetti (SBN 191389)
Jamie G. Goldstein (SBN 302479)
**ARIAS, SANGUINETTI, WANG & TORRIJOS, LLP**
2200 Powell Street, Suite 740
Emeryville, California 94608
Telephone:     (510) 629-4877
Facsimile:     (510) 291-9742
elise@aswtlawyers.com
jamie@aswtlawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY MASTERSON, individually and as Successor in Interest of the Estate of Logan Masterson, HAILEY MASTERSON, CHRISTY MEDINA as Guardian ad Litem for Minor Plaintiff BENTLEY MASTERSON, SUZETTE SMITH as Guardian ad Litem for Minor Plaintiff BELLA MASTERSON, CHRISTY MASTERSON as Guardian ad Litem for Minor Plaintiff CHLOE MASTERSON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF ALAMEDA, GREGORY J. AHERN, in his individual and official capacity, DEPUTY NICHOLAS LAGORIO, SERGEANT JOSHUA PAPE, CAROL BURTON in her individual and official capacity as Interim Director of the Alameda County Behavioral Health Services Agency, KIM CURTIS, LCSW, HAYLEY HOLLAND, AMFT, BOBBIE COOK, MFT, CALIFORNIA FORENSIC MEDICAL GROUP, SAVITHA QUADROS, RN, JANE MWANGI, RN, MELYNDA LOGAN, RN and DOES 1-20,<br><br>    Defendants. | CASE NO. 19-cv-01625-PJH<br><br>[PROPOSED] ORDER RE MOTION SEEKING MODIFICATION OF ORDER ON MINOR'S SETTLEMENT OF PLAINTIFF CHLOE MASTERSON<br><br><br>Date: May 27, 2021<br><br>Time: 1:30 pm<br><br>Location: Via Zoom<br><br><br>*Before the Hon. Phyllis J. Hamilton* |

**[PROPOSED] ORDER RE MOTION SEEKING MODIFICATION OF ORDER ON MINOR'S SETTLEMENT OF PLAINTIFF CHLOE MASTERSON**

Plaintiff Chloe Masterson, by and through her Guardian ad litem Christy Masterson, moves this Court for a modification of the Order entered on April 30, 2021, approving minor's settlement. Upon having considered Plaintiff's moving papers, the relevant legal authorities and the record in this case, the Court hereby approves the following modification to the Court's April 30, 2021 Order:

~~**Option 1:** The trust account will not be a blocked account. The trust is subject to the filing of a trustee bond in the amount of $176,000 and filing of periodic reports and accounts by the trustee for approval by the San Joaquin County Superior Court in the manner and frequency required by California Probate Code sections 1060, et seq., and 2620, et seq. The remainder of the order of April 30, 2021, will remain in place.~~

**Option 2:** The trust account will be a blocked account. However, the trust assets may be held in uninsured securities as permitted by California Probate Code section 2574. These investment options include short-term U.S. and California bonds, any term U.S. Treasury bonds, and securities listed on an established stock or bond exchange in the U.S. The remainder of the order of April 30, 2021, will remain in place.

~~**Option 3:** The trust account will remain blocked, but only $50,000 will be placed in trust. Future handling of any requests to remove funds from the blocked account shall be handled by the San Joaquin County Superior Court – Probate Department. The remaining $279,605.07 is to be placed in an annuity structured similar to the original approved petition.~~

IT IS SO ORDERED.

Dated: May 7, 2021

_____
HON PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Page 1

**[PROPOSED] ORDER RE MOTION SEEKING MODIFICATION OF ORDER ON MINOR'S SETTLEMENT OF PLAINTIFF CHLOE MASTERSON**